IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. 1:08cv01440 OWW DLB |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | Date: February 6, 2009 |
| EDGARDO G. CAZARES, ) | Time: 9:00 a.m. |
| ) | Courtroom 9 |
| Respondent, ) | |
| ) | |

   IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued to Friday, February 6, 2009, at 9:00 a.m. in Courtroom 9.

   IT IS SO ORDERED.

   Dated:   **November 13, 2008**           /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE