IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. 1:08-CV-01440-OWW-DLB |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| EDGARDO G. CAZARES, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |

Pursuant to the Notice of Voluntary Dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


DATED: 3/6/2009, 2009          /s/ OLIVER W. WANGER
                               OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE